UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAYSI HERNANDEZ,** *Individually and Behalf of All Others Similarly Situated* <br><br> **Plaintiff,** <br><br> -against- <br><br> **LIVE NATION ENTERTAINMENT, INC.,** <br><br> **Defendant.** | **22-CV-10972 (ALC)** <br><br> **<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

**Dated:  January 9, 2023**
            New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**